**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 671 |
| | : | |
| APPOINTMENT TO THE DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2017, David S. Pollock, Esquire, Allegheny County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing February 1, 2018.